NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RALPH TAYLOR,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5097

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00759-SGB, Judge Susan G. Braden.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

The court construes Ralph Taylor's August 7, 2014 submission as a motion for reconsideration of this court's July 18, 2014 order granting a motion for an extension of time filed by the United States.

Upon consideration thereof,

It Is Ordered That:

2                                                      TAYLOR v. US

The motion is denied.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s24